UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD QUICK,

    Plaintiff,

v.                                Case No.  6:14-cv-551-Orl-18TBS

OFFICER JAMES THOMAS,

    Defendant.
_____/

## ORDER

This case comes before the Court sua sponte on Plaintiff Richard Quick's Motion Requesting Specific Documents (Doc. 12).  Plaintiff's motion is a request for the production of "Emergency 911 Cad notes and all recordings and video records in regards to [Plaintiff's] arrest agency case number: 131300647 and certain crime watch footage from June 18, 2013." (Id.).  This district prohibits litigants from filing discovery material unless it is "necessary to the presentation or defense of a motion."  Middle District Discovery (2001) at 1-2; see also FED.R.CIV.P. 5(d)(1); M.D.FLA.R. 3.03.  Accordingly, Plaintiff's motion at docket entry 12 is STRICKEN.

Plaintiff mailed a copy of his motion to Chambers.  This is both unnecessary, and a violation of the Court's rules.  In the future, Plaintiff should not mail to the judge or judges, copies of the pleadings and papers he files with the Clerk of Court.

DONE AND ORDERED in Orlando, Florida, on May 22, 2014.

_____
THOMAS B. SMITH
United States Magistrate Judge